Argued October 26, affirmed November 16, 1970

STATE OF OREGON, *Respondent,* (No. C-46075)
*v.* EUGENE ORVILLE HALL, *Appellant.*

476 P2d 930

*Oscar D. Howlett,* Portland, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General,

Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM

Defendant appeals from an order revoking probation. The only question presented is whether a subsequent conviction is grounds for probation revocation even though an appeal from that subsequent conviction is pending. This issue has been decided in the affirmative by *State v. Spicer,* 3 Or App 80, 471 P2d 865 (1970).

Furthermore, in this case the question is moot because the subsequent conviction which gave rise, at least in part, to the probation revocation was today affirmed by this court. See *State v. Hall,* 4 Or App 30, 476 P2d 930 (1970).

Affirmed.